FILED

OCT 24 2022

Mark C. McCartt, Clerk
U.S. DISTRICT COURT

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| IN THE MATTER OF THE SEARCH OF THE EMAIL ACCOUNTS REED@RJOF.COM AND ADMIN@RJOF.COM UNDER THE CONTROL OF GOOGLE, LLC WHOSE OFFICES ARE LOCATED AT 1600 AMPHITHEATRE PARKWAY MOUNTAIN VIEW, CA 94043 | **Filed Under Seal**<br><br>Case No. 22-mj-675-SH |

**Order**

The United States has submitted an application pursuant to 18 U.S.C. § 2705(b), requesting that the Court issue an Order commanding Google, LLC. ("Google"), an electronic communication service provider and/or a remote computing service, not to notify any person (including the subscribers and customers of the account listed in the warrant) of the existence of the attached warrant until one year from the date of this warrant.

The Court determines that there is reason to believe that notification of the existence of the attached warrant will seriously jeopardize the investigation or unduly delay a trial, including by giving the target an opportunity to destroy or tamper with evidence, change patterns of behavior, intimidate potential witnesses, or endanger the life or physical safety of an individual. *See* 18 U.S.C. § 2705(b).

IT IS THEREFORE ORDERED under 18 U.S.C. § 2705(b) that Google shall not disclose the existence of the attached warrant, or this Order of the Court, to the listed subscriber or to any other person, for a period of one year, except that Google

may disclose the attached warrant to an attorney for Google for the purpose of receiving legal advice.

IT IS FURTHER ORDERED that the application and this Order are sealed until otherwise ordered by the Court.

10/24/22
Date

SUSAN E. HUNTSMAN
United States Magistrate Judge