AO 93  (Rev. 12/09) Search and Seizure Warrant

# UNITED STATES DISTRICT COURT
for the
Northern District of Oklahoma

| | |
|---|---|
| In the Matter of the Search of ) <br> *Information Associated with the Google Account* ) <br> *in the Matter of the Search of the Email Accounts* ) <br> *REED@RJOF.COM and ADMIN@RJOF.COM* ) <br> *Under the Control of Google, LLC Whose offices are* ) <br> *Located at 1600 Amphitheatre Parkway Mountain* ) <br> *View, Ca 94043* | Case No. 22-mj-675-SH <br> **FILED UNDER SEAL** |

## SEARCH AND SEIZURE WARRANT

To:     Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property located in the     Northern     District of     California     
*(identify the person or describe the property to be searched and give its location)*:
See Attachment "A." This court has authority to issue this warrant under 18 U.S.C. §§ 2703(a), 2703(b)(1)(A) and 2703(c)(1)(A).

The person or property to be searched, described above, is believed to conceal *(identify the person or describe the property to be seized)*:
See Attachment "B"

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property.

**YOU ARE COMMANDED** to execute this warrant on or before     November 7, 2022     
                                                                                                              *(not to exceed 14 days)*

☐ in the daytime, 6:00 a.m. to 10:00 p.m.   ☑ at any time in the day or night as I find reasonable cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to United States Magistrate Judge
_____Susan E. Huntsman_____.
            *(name)*

☐ Pursuant to 18 U.S.C. § 3103a(b), I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized (check the appropriate box):
    ☐ for _____ days *(not to exceed 30)*.
    ☐ until, the facts justifying, the later specific date of _____.

Date and time issued:   10/24/22 at 11:05 a.m.             _____[signature]_____
                                                                                                    *Judge's signature*

City and state:   Tulsa, Oklahoma             Susan E. Huntsman, U.S. Magistrate Judge
                                                                                *Printed name and title*

AO 93 (Rev. 12/09) Search and Seizure Warrant (Page 2)

| Return | | |
|---|---|---|
| Case No.:<br>22-MJ-675-SH | Date and time warrant executed:<br>10/24/2022 12:44 CDT | Copy of warrant and inventory left with:<br>Portal at lers.google.com |
| Inventory made in the presence of:<br>Warrant and records served and produced electronically via lers.google.com. | | |
| Inventory of the property taken and name of any person(s) seized:<br>Electronic records stored on servers of Google, LLC related to accounts:<br>reed@rjof.com; admin@rjof.com. | | |

**Certification**

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 11/3/2022

*Executing officer's signature*

Peter Woodson, Special Agent

*Printed name and title*

## ATTACHMENT A

**Property to Be Searched**

This warrant applies to information associated with **admin@rjof.com** and **reed@rjof.com** that is stored at premises controlled by Google, LLC a company that accepts service of legal process at 1600 Amphitheatre Parkway, Mountain View, CA 94043.

## **ATTACHMENT B**

**Particular Things to be Seized**

I. **Information to be disclosed by Google, LLC (the "Provider")**

To the extent that the information described in Attachment A is within the possession, custody, or control of the Provider, including any emails, records, files, logs, or information that has been deleted but is still available to the Provider, the Provider is required to disclose the following information to the government for each account or identifier listed in Attachment A:

    a.    The contents of all e-mails associated with the account, including stored or preserved copies of e-mails sent to and from the account, draft e-mails, the source and destination addresses associated with each e-mail, the date and time at which each e-mail was sent, and the size and length of each e-mail;

    b.    All records or other information regarding the identification of the account, to include full name, physical address, telephone numbers and other identifiers, records of session times and durations, the date on which the account was created, the length of service, the IP address used to register the account, log-in IP addresses associated with session times and dates, account status, alternative e-mail addresses provided during registration, methods of connecting, log files, and means and source of payment (including any credit or bank account number);

    c.    All records or other information stored at any time by an individual using the account, including address books, contact and buddy lists, calendar data, pictures, and files;

    d.    All records pertaining to communications between the Provider and any person regarding the account, including contacts with support services and records of actions taken.

II. **Information to be seized by the government**

All information described above in Section I that constitutes fruits, evidence and instrumentalities of violations of 26 U.S.C. §§ 7201, 7206(1), 7206(2) and 18 U.S.C. §371, those violations involving REED JULES OPPENHEIMER, and occurring after January 1, 2016, to the date of this application, including, for each account or identifier listed on Attachment A, information pertaining to the following:

a. the establishment of business entities, the purchase and sale of real estate, the solicitation and sale of shares or interests in business entities, appraisals of real estate, the value of real estate, personal and entity-level tax returns and filings, conservation easements, land conservation, mining, charitable donations, charitable deductions, investments, payments for services related to the purchase, sale, appraisal, valuation or value of real estate, land conservation, highest and best use or other use of real property;

b. Evidence indicating how and when the email account was accessed or used, to determine the geographic and chronological context of account access, use, and events relating to the crime under investigation and to the email account owner;

c. Evidence indicating the email account owner's state of mind as it relates to the crime under investigation;

d. The identity of the person(s) who created or used the user ID, including records that help reveal the whereabouts of such person(s).

## CERTIFICATE OF AUTHENTICITY OF DOMESTIC BUSINESS RECORDS PURSUANT TO FEDERAL RULE OF EVIDENCE 902(11)

I, _____, attest, under penalties of perjury under the laws of the United States of America pursuant to 28 U.S.C. § 1746, that the information contained in this declaration is true and correct. I am employed by Google, and my official title is _____. I am a custodian of records for Google. I state that each of the records attached hereto is the original record or a true duplicate of the original record in the custody of Google, and that I am the custodian of the attached records consisting of _____ (pages/CDs/kilobytes). I further state that:

    a.    all records attached to this certificate were made at or near the time of the occurrence of the matter set forth, by, or from information transmitted by, a person with knowledge of those matters;

    b.    such records were kept in the ordinary course of a regularly conducted business activity of Google; and

    c.    such records were made by Google as a regular practice.

I further state that this certification is intended to satisfy Rule 902(11) of the Federal Rules of Evidence.

_____    _____
Date    Signature